IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02746-REB-KLM

LAURA SNIDER,

      Plaintiff,

v.

UNITED AIR LINES,

      Defendant.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on a **Stipulated Motion for Entry of Protective Order** [Docket No. 15; Filed February 8, 2010] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

IT IS FURTHER **ORDERED** that the Protective Order is **accepted** for filing and is entered as an Order of the Court with interlineations as of the date of this Minute Order.

Dated: February 9, 2010