IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02746-REB-KLM

LAURA SNIDER,

    Plaintiff,

v.

UNITED AIR LINES,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendant's Unopposed Motion to Amend Scheduling Order** [Docket No. 21; Filed April 30, 2010] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The deadline for designation of experts is extended to June 30, 2010.

Dated: May 3, 2010