IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02746-REB-KLM

LAURA SNIDER,

     Plaintiff,

v.

UNITED AIR LINES,

     Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on Defendant's **Stipulated Motion to Amend Scheduling Order** [Docket No. 24; Filed June 22, 2010] (the "Motion"). As a preliminary matter, because the motion was not signed and filed by both parties, the proper characterization of it is "unopposed," not "stipulated." Defendant informs the Court that Plaintiff's ongoing health issues have interfered with its ability to comply with deadlines set in the case. Under the circumstances, good cause exists to extend the case deadlines at this time. The Court reminds Plaintiff of her obligation to diligently prosecute her case.

     IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling Order entered on February 1, 2010 [Docket No. 13] is amended as follows:

| | |
|---|---|
| • Expert Designation Deadline | **August 10, 2010** |
| • Rebuttal Expert Designation Deadline | **September 10, 2010** |
| • Discovery Cut-Off | **September 15, 2010** |
| • Dispositive Motions Deadline | **October 11, 2010** |

Dated: June 23, 2010