IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02746-REB-KLM

LAURA SNIDER,

   Plaintiff,

v.

UNITED AIR LINES,

   Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

   This matter is before the Court on **Defendant's Unopposed Motion to Reschedule Settlement Conference** [Docket No. 31; Filed November 9, 2010] (the "Motion"). Defendant requests that the parties be allowed to contact chambers within ten business days to suggest a new mutually convenient date and time for the Settlement Conference. The Court generally requires parties seeking to reschedule a settlement conference to request a date certain on which to reschedule.  *See* D.C.COLO.LCivR 6.1D.  When the parties do not request a date certain, the Court may reset the settlement conference *sua sponte*.  Accordingly,

   IT IS HEREBY **ORDERED** that the Motion is **GRANTED in part**.  The Settlement Conference set for December 1, 2010, at 1:30 p.m. is **vacated**.

   IT IS FURTHER **ORDERED** that the Settlement Conference is **RESET** to **December 10, 2010, at 9:00 a.m.** in Courtroom **C-204**, Byron G. Rogers United States Courthouse. This is the only date and time available on the Court's calendar in December.

   IT IS FURTHER **ORDERED** that counsel shall <u>have parties present</u> who shall have <u>full authority</u> to negotiate **all** terms and demands presented by the case, and <u>full authority</u> to enter into a settlement agreement, including an adjustor if an insurance company is involved. "Full authority" means that the person who attends the settlement conference has the complete and unfettered capacity and authority to meet all terms or pay all amounts which are demanded or sought by any opposing party in the case without consulting with some other person, committee, or agency.  No party shall be permitted to participate in the Settlement Conference by telephone, unless that party has obtained leave of the Court following the filing of an appropriate motion no later than five (5) business days prior to the date of the Settlement Conference.

IT IS FURTHER **ORDERED** that each party shall submit its Confidential Settlement Statement no later than **December 3, 2010**. **The parties shall follow Magistrate Judge Mix's Instructions for Preparation of Confidential Settlement Statements [Docket No. 12-1]**. Parties participating in the District of Colorado Electronic Case Filing ("ECF") system shall submit ONLY their Confidential Settlement Statement in PDF format via email to Mix_Chambers@cod.uscourts.gov. All additional settlement materials (e.g., deposition transcripts or exhibits) are to be submitted to the Court as hard copies. Additional settlement materials shall be delivered to the Clerk of the Court or mailed directly to Magistrate Judge Mix in an envelope marked "Confidential and Private per Order of Magistrate Judge Mix." Parties not participating in ECF shall submit their Confidential Settlement Statement and any additional materials to the Court as hard copies by either means described above.

Courtroom **C-204** is located on the second floor of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado 80294. The parties are reminded that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show valid photo identification. *See* D.C.COLO.LCivR 83.2B.

Dated: November 10, 2010