IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02746-REB-KLM

LAURA SNIDER,

     Plaintiff,

v.

UNITED AIR LINES,

     Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on **Defendant's Second Motion to Reschedule Settlement Conference** [Docket No. 39; Filed December 1, 2010] (the "Motion"). Defendant represents that it will not be able to attend the Settlement Conference set for December 10, 2010 at 9:00 a.m.  Defendant also represents that Plaintiff consents to vacating the Settlement Conference, but objects to rescheduling.  To ensure the efficient use of the Court's time and resources, the Court's practice is to reschedule Settlement Conferences only when both parties intend to willingly participate.  In this case, Plaintiff has expressed no desire to reschedule the Settlement Conference.  Accordingly,

     IT IS HEREBY **ORDERED** that the Motion is **GRANTED in part**.

     IT IS FURTHER **ORDERED** that the Settlement Conference set for December 10, 2010 at 9:00 a.m. is **vacated**.  The Settlement Conference will be reset only upon joint motion of the parties.

     Dated:  December 2, 2010