IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02746-REB-KLM

LAURA SNIDER,

      Plaintiff,

v.

UNITED AIR LINES,

      Defendant.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Defendant's **Unopposed Motion to Vacate Pretrial Conference** [Docket No. 43; Filed December 7, 2010] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Accordingly,

      IT IS FURTHER **ORDERED** that the Final Pretrial Conference set for December 13, 2010, at 9:30 a.m. is **vacated** and **RESET** to **December 20, 2010 at 10:30 a.m.** in Courtroom **C-204**, Second Floor, of the Byron G. Rogers United States Courthouse.

      IT IS FURTHER **ORDERED** that the parties shall submit their proposed pretrial order **no later than December 16, 2010**. Parties participating in ECF shall submit their proposed pretrial order pursuant to the District of Colorado ECF Procedures.  The proposed pretrial order must be submitted in a useable format (i.e., as a WordPerfect document).  Pursuant to the ECF Procedures, the parties shall submit the proposed pretrial order via email to Mix_Chambers@cod.uscourts.gov.  Parties not participating in ECF shall submit their proposed pretrial order to the Clerk of the Court as a hard copy.  However, if *any* party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the ECF Procedures.  **The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded in richtext format from the forms section of the Court's website at www.co.uscourts.gov. Instructions for downloading in richtext format are posted in the forms section of the website.**

      Courtroom **C-204** is located on the second floor of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado 80294. The parties are reminded that anyone seeking entry into the Byron G. Rogers United States Courthouse will be

required to show <u>valid photo identification</u>.  *See* D.C.COLO.LCivR 83.2B.

Dated:  December 10, 2010