**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-02746-REB-KLM

LAURA SNIDER,

    Plaintiff,

v.

UNITED AIR LINES,

    Defendant.

---

**MINUTE ORDER**[1]

---

    The matter is before the court on the **Stipulated Motion to Dismiss With Prejudice** [#52] filed January 13, 2011.  The motion to dismiss is **DENIED** as moot.  On December 15, 2010, the court entered **Judgment** [#47] dismissing each of the plaintiff's claims with prejudice.

    Dated:  June 29, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.